IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR JONES,<br><br>                Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS,<br><br>                Defendant. | CIVIL ACTION<br>NO. 17-487 |

## **ORDER**

**AND NOW**, this 18th day of October 2017, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 14), Plaintiff's Response in Opposition (Doc. No. 16), and Defendant's Reply Brief in Support of its Motion (Doc. No 17), it is **ORDERED** that Defendant's Motion (Doc. No. 14) is **DENIED.**

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1