IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR JONES,<br><br>              Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS,<br><br>              Defendant. | CIVIL ACTION<br>NO. 17-487 |

## ORDER

**AND NOW**, this 12th day of July 2018, upon consideration of Plaintiff's Petition for Attorney's Fees and Costs (Doc. No. 29); Defendant's Response to Plaintiff's Petition (Doc. No. 31); Plaintiff's Reply to Defendant's Response (Doc. No. 33); and in accordance with the Opinion issued on this day, it is **ORDERED** that Plaintiff's Petition for Attorney's Fees and Costs (Doc. No. 29) is **GRANTED IN PART** as follows:

1. Plaintiff is awarded an amount of $6,605 in Attorney's Fees and Costs.
2. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.